# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-02627-REB-BNB

ANDREW DAVIDSON, JR.,

    Plaintiff,

v.

PEPSI COLA BOTTLING and any other names listed under,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter before the court is plaintiff's **Second Request to Combine or Join My Case With Case Number 05-CV-2240** [#11], filed on March 28, 2006, in conjunction with **Plaintiff, Andrew Davidson, Jr., Makes This Written Request and Motion to Continue The Scheduling Conference**. Plaintiff's second request to combine or join is STRICKEN. Under D.C.COLO.L.Civ.R. 42.1, plaintiff must file his motion to consolidate with the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial, which in this matter is Civil Case No. 05-cv-02240-EWN-MEH. Upon filing such a motion in 05-cv-02240-EWN-MEH, plaintiff may then file in this action a notice of filing of the motion to consolidate.

Dated:  March 29, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.