IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02627-REB-BNB

ANDREW DAVIDSON, JR.,

Plaintiff,

v.

PEPSI COLA BOTTLING, and any other names listed under,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff, Andrew Davidson, Jr., Unopposed Motion for Leave of Court to File an Amended Complaint** [docket no. 27, filed July 29, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  Plaintiff shall file an Amended Complaint within eleven (11) days from the date of this Order.


DATED:  August 1, 2006