IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02627-REB-BNB

ANDREW DAVIDSON, JR.,

    Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,
STEVE SANTA CRUZ, and
ROBERT RAMSBURY,

    Defendants.

## ORDER OF DISMISSAL OF
## DEFENDANTS STEVE SANTA CRUZ AND ROBERT RAMSBURY

**Blackburn, J.**

The matter comes before me on **Plaintiff's Verified Unopposed Motion to Dismiss With Prejudice All of the Class Based Claims and Allegations of Race Discrimination Which are Contained in the Amended Complaint and Dismissal of Claims Against Defendants, Steve Santa Cruz and Robert Ramsbury** [#34], filed October 3, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendants Steve Santa Cruz and Robert Ramsbury should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Verified Unopposed Motion to Dismiss With Prejudice All of the Class Based Claims and Allegations of Race Discrimination Which are**

**Contained in the Amended Complaint and Dismissal of Claims Against Defendants, Steve Santa Cruz and Robert Ramsbury** [#34], filed October 3, 2006, is **GRANTED**;

    2. That all of plaintiff's class based claims and allegations of race discrimination in the first amended complaint **ARE DISMISSED WITH PREJUDICE**;

    3. That plaintiff's claims against defendants, Steve Santa Cruz and Robert Ramsbury, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    4. That defendants, Steve Santa Cruz and Robert Ramsbury, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated October 3, 2006, at Denver, Colorado.

                                       **BY THE COURT:**

                                       **s/ Robert E. Blackburn**
                                       **Robert E. Blackburn**
                                       **United States District Judge**