**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-02627-REB-BNB

ANDREW DAVIDSON, JR.,

      Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#38], filed November 27, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#38], filed November 27, 2006, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for June 8, 2007, is **VACATED**; and

4.  That the jury trial set to commence June 25, 2007, is **VACATED**.

Dated November 27, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**